J. A. ORMOND, *Plaintiff in Error*, v. COUNTY OF JACKSON, *Defendant in Error*.

Opinion Filed January 19, 1917.

In an action by an individual against a county for indexing records, if no valid contract for the work is shown, there can be no recovery.

Writ of Error to Circuit Court for Jackson County; E. C. Love, Judge.

Judgment affirmed.

*Smith & Davis*, for Plaintiff in Error;

*John H. Carter*, for Defendant in Error.

PER CURIAM.—The plaintiff in error brought an action against the County of Jackson to recover a stated sum for indexing certain books kept in the clerk's office of the county, wherein instruments were recorded. The court directed a verdict for the defendant and rendered judgment thereon. Plaintiff took writ of error. No express contract with the plaintiff was shown to have been made or ratified by the county commissioners with the plaintiff for the service alleged to have been rendered. The plaintiff's own testimony fails to show a contract made by or for him with the county commissioners under statutory authority; and the county commissioners can bind the county only when and as authorized by law. The statute of 1893, Sec. 1833, Gen. Stats., under which the plaintiff seeks recovery, gives no authority for a *quantum meruit* payment, on the showing of service rendered by the plaintiff, he not being the clerk.

Affirmed.

BROWNE, C. J., and TAYLOR, SHACKLEFORD, WHITFIELD and ELLIS, JJ., concur.